EXHIBIT "B"

# Spector & Johnson, PLLC
12770 Coit Road
Suite 1100
Dallas, TX 75251

Ph:(214) 365-5377  Fax:(214) 237-3380

Propel Financial Services, LLC                                November 2, 2015
P.O. Box 100350
San Antonio, Texas
78201

File #: 01-02934
**Attention:**  Monique Wagster                              Inv #: 3885

**RE:**  Bradshaw, Catherine (PTSD0906007)

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Oct-23-15 | Review client email, review docket, schedules and plan. | 0.40 | 130.00 | HMS |
|  | Prepare notice of appearance. | 0.10 | 32.50 | HMS |
|  | Totals | 0.50 | $162.50 |  |

**DISBURSEMENTS**

| | |
|---|---|
| PACER/Lexis/Westlaw | 5.50 |
| Photocopies | 5.00 |
| Postage | 0.49 |
| Totals | $10.99 |

**Total Fee & Disbursements**                                       $173.49

**Balance Now Due**                                                 $173.49

TAX ID Number     26-4758440

# Spector & Johnson, PLLC
12770 Coit Road
Suite 1100
Dallas, TX 75251

Ph:(214) 365-5377  Fax:(214) 237-3380

Propel Financial Services, LLC                              December 10, 2015
P.O. Box 100350
San Antonio, Texas
78201

|  |  | File #: | 01-02934 |
|---|---|---|---|
| **Attention:** | Monique Wagster | Inv #: | 3967 |

**RE:**   Bradshaw, Catherine (PTSD0906007)

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Nov-10-15 | Prepare proof of claim and loan documents. | 0.40 | 130.00 | HMS |
|  | Prepare plan objection; witness and exhibit list. | 0.40 | 130.00 | HMS |
| Nov-13-15 | Review amended plan; prepare notice of withdrawal of obj. | 0.20 | 65.00 | HMS |
|  | Totals | 1.00 | $325.00 |  |

**DISBURSEMENTS**

| | | |
|---|---|---|
| | Photocopies | 6.30 |
| | Postage | 9.87 |
| | Totals | $16.17 |

| | |
|---|---|
| **Total Fee & Disbursements** | **$341.17** |
| Previous Balance | 173.49 |
| Previous Payments | 173.49 |
| **Balance Now Due** | **$341.17** |

TAX ID Number     26-4758440

## PAYMENT DETAILS

| | | |
|---|---|---:|
| Nov-24-15 | Fees & Expenses Paid - Check # 22714 | 173.49 |
| | **Total Payments** | **$173.49** |

# *Spector & Johnson, PLLC*

12770 Coit Road
Suite 1100
Dallas, TX 75251

Ph:(214) 365-5377    Fax:(214) 237-3380

Propel Financial Services, LLC                                                                January 7, 2016
P.O. Box 100350
San Antonio, Texas
78201

|  |  |
|---|---|
| File #: | 01-02934 |
| **Attention:** Monique Wagster | Inv #: 4031 |

**RE:**   Bradshaw, Catherine (PTSD0906007)

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Dec-16-15 | Prepare application for reimbursement of fees and expenses. | 0.40 | 130.00 | HMS |
|  | Totals | 0.40 | $130.00 |  |

**DISBURSEMENTS**

|  |  |
|---|---|
| Photocopies | 21.60 |
| Postage | 11.76 |
| Totals | $33.36 |

|  |  |
|---|---|
| **Total Fee & Disbursements** | **$163.36** |
| Previous Balance | 341.17 |
| **Balance Now Due** | **$504.53** |

TAX ID Number    26-4758440