IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN RE: CHAPTER 13
Cathy Cabeen Bradshaw CASE NO. 15-34519-H5-13

— — — — — — — — — — — — — — — — — — — — — — — — — — —

NOTICE OF TRUSTEE'S
INTENT TO PAY CLAIMS

— — — — — — — — — — — — — — — — — — — — — — — — — — —

**WILLIAM E. HEITKAMP, CHAPTER 13 TRUSTEE, HEREBY GIVES NOTICE TO ALL PARTIES IN INTEREST OF THE FOLLOWING MATTERS:**

1. THE DEADLINE ESTABLISHED BY THE FEDERAL RULES OF BANKRUPTCY PROCEDURE FOR FILING CLAIMS IN THE ABOVE CAPTIONED MATTER HAS EXPIRED.

2. THE DEADLINE FOR FILING OBJECTIONS TO CLAIMS ESTABLISHED BY BANKRUPTCY LOCAL RULE 3021(C) HAS EXPIRED.

3. THE FOLLOWING SCHEDULE IS A COMPLETE LISTING OF THE CREDITORS THAT HAVE EITHER BEEN INCLUDED ON THE SCHEDULES FILED BY THE DEBTOR, OR WHO HAVE ACTUALLY FILED CLAIMS IN THE ABOVE CAPTIONED CAUSE.

4. THE TRUSTEE WILL DISBURSE FUNDS RECEIVED FROM THE DEBTOR ONLY TO CREDITORS THAT HAVE FILED CLAIMS.

5. THE AMOUNT AND CLASSIFICATION OF A CREDITOR'S CLAIM IS REFLECTED ON THE FOLLOWING SCHEDULE.

6. THE PROVISIONS OF THE DEBTOR'S CONFIRMED CHAPTER 13 PLAN, AND BANKRUPTCY LOCAL RULE 3015, AFFECT THE DISTRIBUTION OF FUNDS BY THE TRUSTEE.

— — — — — — — — — — — — — — — — — — — — — — — — — — —

NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION

CHASE                                          0.00   UNSECURED CLAIM
P O BOX 15298                                         NOT FILED
WILMINGTON, DE  19850-5298                            LAST 4 DIGITS OF ACCT #: 6447
                                                      COMM:

— — — — — — — — — — — — — — — — — — — — — — — — — — —

PAGE  1 - CHAPTER 13 CASE NO.  15-34519-H5-13

| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| DISCOVER BANK<br>DISCOVER PRODUCTS INC<br>P O BOX 3025<br>NEW ALBANY, OH  43054-3025 | 4,670.69 | UNSECURED CLAIM<br><br>LAST 4 DIGITS OF ACCT #: 7901<br>COMM: |
| HARRIS COUNTY et al<br>P O BOX 3547<br>HOUSTON, TX  77253-3547 | 3,917.50 | Property Taxes<br><br>LAST 4 DIGITS OF ACCT #: 0019<br>COMM:  2014 / (IN-4) LT 19 BLK 61 EASTWOOD |
| HARRIS COUNTY et al<br>P O BOX 3547<br>HOUSTON, TX  77253-3547 | 2,835.85 | Property Taxes<br><br>LAST 4 DIGITS OF ACCT #: 0019<br>COMM:  2015 / (IN-4)  LT 19 BLK 61 EASTWOOD |
| INTERNAL REVENUE SERVICE***<br>P O BOX 7317<br>PHILADELPHIA, PA  19101-7317 | 0.00 | PARTY REQUESTING NOTICE<br>NO CHECK<br>LAST 4 DIGITS OF ACCT #: 1414<br>COMM:  AMD #1 |
| KEELING, KENNETH A<br>ATTORNEY AT LAW<br>3310 KATY FREEWAY #200<br>HOUSTON, TX  77007 | 100.00 | ATTORNEY FEE<br><br>LAST 4 DIGITS OF ACCT #:<br>COMM:  ALLOWANCE FEE |
| KEELING, KENNETH A<br>ATTORNEY AT LAW<br>3310 KATY FREEWAY #200<br>HOUSTON, TX  77007 | 3,770.00 | PRIOR ATTORNEY<br><br>LAST 4 DIGITS OF ACCT #:<br>COMM: ORIGINAL ATTY FEE |
| LINEBARGER GOGGAN BLAIR & SAMPSON<br>1300 MAIN ST STE 300<br>HOUSTON, TX  77002 | 0.00 | PARTY REQUESTING NOTICE<br>NO CHECK<br>LAST 4 DIGITS OF ACCT #:<br>COMM: |
| PROPEL FINANCIAL SERVICES LLC<br>C/O JOHN LANE & ASSOC<br>8526 N NEW BRAUNFELS<br>SAN ANTONIO, TX  78217 | 678.02 | SECURED CLAIM<br><br>LAST 4 DIGITS OF ACCT #: fees<br>COMM:  fees allowed per order #34 2/16 db |
| PROPEL FINANCIAL SERVICES LLC<br>P O BOX 844319<br>DALLAS, TX  75284-4319 | 9,327.97 | Property Taxes<br><br>LAST 4 DIGITS OF ACCT #: 6007<br>COMM:  TAX LOAN (IN-4) |
| TOTAL: | $25,300.03 | |

**THE FOREGOING SCHEDULE OF CLAIMS HAS BEEN COMPILED BY THE TRUSTEE FROM THE OFFICIAL CLAIMS REGISTER OF THE BANKRUPTCY COURT. THE TRUSTEE WILL RELY ON THE ABOVE SCHEDULE TO DETERMINE WHAT CLAIMS ARE ALLOWED, AND THEREFORE ELIGIBLE TO RECEIVE FUNDS IN THIS CASE. IF YOU BELIEVE THE INFORMATION STATED ON THIS SCHEDULE REGARDING YOUR CLAIM IS INCORRECT, YOU MAY CONTACT THE TRUSTEE FOR CLARIFICATION.**

Dated: 10/18/2016

                                                                                                        RESPECTFULLY SUBMITTED,
/s/  William E. Heitkamp
William E. Heitkamp
Chapter 13 Trustee
Admissions ID NO. 3857
9821 Katy Freeway Suite 590
Houston, TX  77024
713-722-1200

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was sent to all parties listed on the matrix on file with the U.S. Bankruptcy Clerk's Office on or about the time this document was electronically filed with the Clerk on 10/18/2016. A copy of the Certificate of Mailing of this document is on file and may be viewed at the U.S. Bankruptcy Clerk's Office.


/s/ William E. Heitkamp
William E. Heitkamp, Trustee